UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

VANESSA JIMENEZ, Individually, and On Behalf of
All Others Similarly Situated,

            Plaintiff,

vs.

EQUINAVIA LLC,

            Defendant.

---------------------------------------------------------------x

Case No. 1:23-cv-06552

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: November 8, 2023      **MIZRAHI KROUB LLP**

_____
Patrick W. Gallagher, Esq.
225 Broadway, 39th Floor
New York, NY 10007
Tel: (212) 595-6200
Fax: (212) 595-9700
Pgallagher@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: November 8, 2023

**STEIN & NIEPORENT LLP**

*[signature]*

David Stein, Esq.
1441 Broadway Suite 6090
New York, NY 10018
Tel: 212-308-3444
Fax: 212-836-9595
Email: Dstein@steinllp.Com

*Attorney for Defendant*

SO ORDERED.

*[signature]*

November 9, 2023

2